1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   Edmond Gasaway,                        No. CV-13-00378-TUC-RCC

10                  Petitioner,            **ORDER**

11   v.

12   Louis W Winn,

13                  Defendant.

14

15          Pending before the Court is a Report and Recommendation ("R & R") prepared by

16   Magistrate Judge Charles R. Pyle. Doc. 27. Magistrate Judge Pyle recommends that the

17   Court denies Petitioner Edmond Gasaway's petition for a writ of habeas corpus pursuant

18   to 28 U.S.C. § 2241. No objections have been filed. For the foregoing reasons, the Court

19   shall adopt the R & R.

20          The duties of the district court, when reviewing a R & R of a Magistrate Judge, are

21   set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1).

22   The district court may "accept, reject, or modify, in whole or in part, the findings or

23   recommendations made by the magistrate judge." Fed.R.Civ.P. 72(b), 28 U.S.C. §

24   636(b)(1). In the absence of a timely objection, the Court "need only satisfy itself that

25   there is no clear error on the face of the record in order to accept the recommendation."

26   Fed.R.Civ.P. 72(b), Advisory Committee Notes (1983); *see also United States v. Reyna–*

27   *Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

28          The factual background in this case is thoroughly detailed in Magistrate Judge

Pyle's R & R. This Court fully incorporates by reference the Background and Discussion sections of the R & R into this Order.

After reviewing the R & R, the Court finds no clear error and fully adopts Magistrate Judge Pyle's R & R.

Accordingly,

**IT IS HEREBY ORDERED** that Magistrate Judge Pyle's Report and Recommendation is **adopted**. Petitioner Gasaway's petition is **denied**. Doc. 27.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to close the case.

Dated this 29th day of July, 2016.

Raner C. Collins
Chief United States District Judge